AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:07CR20005-001 |
| | ) | OKED Case No. 21-MJ-03-KEW |
| Stacy Ladon Brown | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Stacy Ladon Brown**,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 01/05/2021

*Michelle McEntire*
Issuing officer's signature

City and state: Fort Smith, Arkansas

Douglas F. Young, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |

PROB 12C
(REV. 5/2018)

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jan 5, 2021

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF ARKANSAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   STACY LADON BROWN                                Case Number:   2:07CR20005-001

Name of Sentencing Judicial Officer:   Honorable Robert T. Dawson, United States District Judge

January 4, 2021: Case reassigned to the Honorable P.K. Holmes III, United States District Judge

Date of Original Sentence:   August 19, 2008

Original Offense:   Knowingly Possess with Intent to Distribute a Controlled Substance, Namely, More Than 50 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine Base; Commonly Known as Crack Cocaine, a Scheduled II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii)

Original Sentence:   155 months Bureau of Prisons, 5 years supervised release, mandatory conditions, standard conditions, substance abuse treatment and testing, search condition, $3,000 fine and $100 special assessment

Type of Supervision:   Supervised Release                Date Supervision Commenced:   March 23, 2019

Assistant U.S. Attorney:   To be assigned                Defense Attorney:   To be assigned

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition: The defendant shall not commit another federal, state, or local crime.** On December 28, 2020, Stacy Ladon Brown was arrested by the Muskogee, Oklahoma, Police Department and charged with burglary in the first degree. According to the case report, officers were dispatched to the 5100 block of Denison Street in Muskogee, Oklahoma, in reference to shots fired. An officer made contact with Veronica Shanks who advised that Stacy Brown broke into her home again. It should be noted that on December 27, 2020, officers were dispatched to 5108 Denison Street, Muskogee, Oklahoma. Contact was made with Veronica Shanks who stated that Stacy Brown had made entry into her residence through the garage door without her permission. Ms. Shanks stated that she and Mr. Brown had been in a relationship and when she tried to end the relationship, he became angry. Ms. Shanks refused to give a written statement. The officer noted in his report that Ms. Shanks' 6-year-old daughter was inside the residence when Mr. Brown made entry into the garage. |

BROWN, STACY LADON
2:07CR20005-001
Page 2

On December 28, 2020, Ms. Shanks gave a verbal statement that she had been having problems with Stacy Brown and that he had broken into her house earlier in the week and assaulted her. Ms. Shanks stated she did not report the assault because she was scared of Mr. Brown. She advised that Mr. Brown arrived at her residence on December 28th and tried to force entry into the residence. Ms. Shanks took her kids to the back bedroom and locked the door. She stated that Mr. Brown entered the residence and was turning the bedroom doorknob. Mr. Brown left but came back a short time later. When he returned, he forced his way past two juveniles that were trying to keep the door closed.

Subsequently, when Mr. Brown entered the residence there was an altercation that took place between Mr. Brown and other individuals in the residence. According to witness statements, Mr. Brown was seen in possession of a folding knife and a black handgun. There were multiple shots fired and nine .357 caliber shell cases discovered outside the residence. One of the witnesses advised that there could have been as many as five males shooting at the same time. One of the witnesses believes that Mr. Brown shot a gun; however, she was uncertain.

On December 28, 2020, an officer made contact with Stacy Brown at his residence. Mr. Brown gave a verbal statement that he and Veronica Shanks had been in a relationship off and on for approximately a year. Mr. Brown explained that on December 27th he got into a fight and beat up a guy named Dae on Denison Street. Mr. Brown stated that Dae was claiming the fight was not fair and wanted him to come back to the house on Denison Street to fight again. Mr. Brown advised that he returned to the house on Denison Street and a tall white male had him step inside the house and then started running his mouth as if he wanted to fight. Mr. Brown did not initially see Dae in the house. However, a few moments later Dae came from a bedroom and shot at him. Mr. Brown advised that he ran to his truck and sped off. He reported that as he drove off, they continued to shoot at his truck.

According to the Muskogee County Jail, Mr. Brown was charged with 1st Degree Burglary on December 28, 2020, and was released on a $10,000 bond on December 29, 2020.

**U.S. Probation Officer Recommendation:**

A hearing to be held to show cause why supervision should not be revoked. Further, it is recommended that transfer of jurisdiction be initiated to the Eastern District of Oklahoma so the revocation hearing can be held in the district where the defendant lives and where the arresting officer and witnesses live.

I declare under penalty of perjury that the foregoing is true and correct.

Approved:

*[signature]*

Michael K. Scott
Supervising U.S. Probation Officer
Date: January 5, 2021

Respectfully submitted,

*[signature]*

Brent Young
Supervising U.S. Probation Officer
Date: January 5, 2021

BROWN, STACY LADON
2:07CR20005-001
Page 3

cc: Kyra Jenner
    Criminal Chief

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

                                                                P. K. Holmes
                                                Honorable P.K. Holmes, III
                                                U.S. District Judge

                                                1-5-2021
                                                         Date